FILED'09 MAY 11 09:00USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ALONZO THOMAS,

                                    Plaintiff,

        v.

ORESTES ALEXANDER CROSS,

                                    Defendant.

Civil No. 08-6413-TC

O R D E R

        Magistrate Judge Coffin filed his Findings and Recommendation on April 10, 2009.
The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No
objections have been timely filed.  This relieves me of my obligation to give the factual
findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.
1982).  See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).
Having reviewed the legal principles de novo, I find no error.

        THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and
Recommendation.

        Dated this  7  day of May, 2009.

_____
Ann Aiken, United States District Judge

Order -- Page 1